VICTOR SHERMAN, Esq. (Bar No. 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA  90405
E-Mail:  SSVictor@aol.com
Tel.:      (310) 399-3259
Fax:      (310) 392-9029

Attorney for Defendant
PRINCE KENDRICK BYRD

FILED
CLERK, U.S. DISTRICT COURT
MAR   7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 04-836-GHK |
| Plaintiff, | **ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS:** [ ] 28 U.S.C. 753(f) [ ] 28 U.S.C. 1915 |
| vs. | |
| PRINCE KENDRICK BYRD, | |
| Defendant. | |

The Court, having reviewed the Motion for Leave to Appeal in Forma Pauperis and Affidavit thereto, hereby ORDERS:  (The check mark in the appropriate box indicates the Order made.)

[ ]     **The Court has considered the motion and the motion is DENIED.** The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. § 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. § 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

DATED:   March _____, 2007

_____
HON. GEORGE H. KING
United States District Judge

**OR**

1   [ ]    **The Court has considered the motion and the motion is**

2   **GRANTED.**

3          It appears to the Court that the proposed appeal is taken in good faith

4   within the meaning of 28 U.S.C. § 1915(a).  The Court certifies that the proposed

5   appeal is not frivolous, that it presents a substantial question.  The within moving

6   party is authorized to prosecute an appeal in forma pauperis to the United States

7   Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs

8   and without giving security therefor.

9          [ ]    A transcript is needed to decide the issue presented by the proposed

10  appeal, all within the meaning of 28 U.S.C. § 753(f).  The Court Reporter is

11  directed to prepare and file with the Clerk of this Court an original and one copy of

12  a transcript of all proceedings had in this Court in this cause; the attorney for the

13  appellant is advised that a copy of the transcript will be made available.  The

14  expense of such transcript shall be paid by the United States pursuant to 28 U.S.C.

15  §§ 1915(c) and 753(f).

16         The Clerk is directed to service copies of this Order upon the parties

17  appearing in this cause.

18

19  DATED:   March ____, 2007

20                                          HON. GEORGE H. KING
                                            United States District Judge

21

22

23

24

25

26

27

28